IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BARRY HUFF,

    **Plaintiff,**

-vs-

BNSF RAILWAY COMPANY,

    Defendant.                NO. 11-CV-77-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 30, 2012, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY: /s/*Sandy Pannier*
                          **Deputy Clerk**

Dated: July 5, 2012

Digitally signed by David R. Herndon
Date: 2012.07.05 14:51:12 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT